IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANTONIO LEBARON MELTON,**

 Petitioner,

v.           CASE NO. 1:08cv34/MCR

**WALTER A. McNEIL,**
  Secretary, Florida
  Department of Corrections,

and

**BILL McCOLLUM,**
  Attorney General,

    Respondents.
_____/

### ORDER ON PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*

 Before the Court is Petitioner's motion to proceed *in forma pauperis* (doc. 3) filed on March 3, 2008. Petitioner is a death-sentenced inmate who has filed a petition for a writ of habeas corpus (doc. 1) and a motion for appointment of counsel (doc. 4).

 To proceed *in forma pauperis*, Petitioner is required by 28 U.S.C. § 1915(a)(2) to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." Petitioner has not filed a certified copy of his trust fund account statement or institutional equivalent. Additionally, Petitioner has not fully completed the affidavit filed in conjunction with the motion.

Case No.: 1:08cv34/MCR

**Accordingly, IT IS ORDERED:**

**Not later than April 14, 2008, Petitioner shall comply with the requirements of 28 U.S.C. § 1915(a)(2), including filing a properly completed affidavit.  Failure to do so will result in denial of the motion to proceed** *in forma pauperis* **(doc. 3).**

**DONE and ORDERED this 13th day of March, 2008.**

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**