# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANTONIO LEBARON MELTON,**

    Petitioner,

vs.                                   **CASE NO. 1:08-cv-34/RS**

**EDWIN G. BUSS,**

    Respondent.

_____ /

## ORDER

Before me is Respondent's Motion to Lift Stay (Doc. 25). The Motion indicates that Petitioner objects, but Petitioner has not otherwise responded. For the reasons set forth by Respondent, and pursuant to N.D. Fla. Loc. R. 7.1(C), the Motion is **GRANTED**. The stay is lifted.

**ORDERED** on March 15, 2011

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**